**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 71.121.244.170**

**ISP:** Verizon Fios
**Physical Location:** Ellicott City, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/04/2018 06:30:58 | CC3DF8A65752C0CBF2C10B8755E7B6B494EA30DA | XXX Threeway Games |
| 06/04/2018 06:30:16 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 02/10/2018 09:19:12 | 444B9448B6DD963CB00AF5B0A4EF38D9C7113779 | Deeper and Deeper |
| 10/02/2017 07:36:34 | 2F564E00FEEA2BA07AC1D6385F11DD4394BD4682 | Porcelain Doll |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

MD711